IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>DARRELL R. HAZEL AKA DARRELL RICARDO HAZEL AKA DARRELL HAZEL AKA DARRELL HAZEL, SR. AKA DARRELL R. HAZEL, SR. AKA DARRELL RICARDO HAZEL, SR. | Case No. 5:23-bk-00156-MJC |
| Freedom Mortgage Corporation,<br>    Movant<br>vs.<br>DARRELL R. HAZEL AKA DARRELL RICARDO HAZEL AKA DARRELL HAZEL AKA DARRELL HAZEL, SR. AKA DARRELL R. HAZEL, SR. AKA DARRELL RICARDO HAZEL, SR. ,<br>    Debtor | Chapter 13 |

**OBJECTION TO CONFIRMATION
OF DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

Freedom Mortgage Corporation ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Motion to Modify Chapter 13 Plan* (Doc 58), and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 25, 2023.

2. Movant holds a security interest in the Debtor's real property located at 905 ASTIBLE WAY, East Stroudsburg, PA 18301 (the "Property"), by virtue of a Mortgage.

3. The Debtor filed a Chapter 13 Plan (the "Plan") on May 12, 2025 (Doc 58).

4. Movant filed a Proof of Claim in this case on April 4, 2023 (Claim No. 12) which

B&S File No. 20-09295            1 of 4

lists a total debt of $412,002.41.

5. The Plan includes payments toward the Note and Mortgage with Movant, however the figures used by the Debtor are inaccurate and do not conform to Movant's timely-filed Proof of Claim. The correct pre-petition arrearage due Movant is $95,445.16, whereas the Plan proposes to pay only $22,058.56.

6. Movant objects to Debtor's proposed Chapter 13 Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

7. Movant objects to any plan which proposes to pay it anything less than $95,445.16 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>DARRELL R. HAZEL AKA DARRELL RICARDO HAZEL AKA DARRELL HAZEL AKA DARRELL HAZEL, SR. AKA DARRELL R. HAZEL, SR. AKA DARRELL RICARDO HAZEL, SR. | Case No. 5:23-bk-00156-MJC |
| Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>DARRELL R. HAZEL AKA DARRELL RICARDO HAZEL AKA DARRELL HAZEL AKA DARRELL HAZEL, SR. AKA DARRELL R. HAZEL, SR. AKA DARRELL RICARDO HAZEL, SR. ,<br>    Debtor | Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Tullio DeLuca, Debtor's Attorney
381 N. 9th Avenue
Scranton, PA 18504
tullio.deluca@verizon.net


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:

DARRELL R. HAZEL
905 ASTILBE WAY
EAST STROUDSBURG, PA 18301


Date: <u>May 23, 2025</u>

<u>/s/Mario Hanyon</u>
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com