**Fill in this information to identify the case:**

Debtor 1   DARRELL R HAZEL

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE   District of   PA
                                                             (State)

Case number   23-00156

---

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                                12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   FREEDOM MORTGAGE                        Court claim no.  (if known):
                                                                            12

**Last 4 digits** of any number you use to identify the debtor's account:   6   2   0   0

**Property address:**        905 ASTILBE WAY
                             Number       Street

                             EAST STROUSBURG,   PA      18301
                             City                State   ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

| Part 3: | Arrearages |
|---|---|

|  | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 22,058.56 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 22,058.56 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ _____ |
| d.  Total amount of arrearages disbursed by the trustee: | $ 22,058.56 |

Case 5:23-bk-00156-MJC   Doc 75   Filed 03/24/26   Entered 03/24/26 11:10:03   Desc
Main Document     Page 1 of 3

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/Donna Schott, Funds Manager        Date   3 / 24 / 2026
Signature

Trustee     Jack          N          Zaharopoulos
            First Name    Middle Name    Last Name

Address     8125 Adams Drive, Suite A
            Number          Street

            Hummelstown              PA        17036
            City                     State     ZIP Code

Contact phone  ( 717 ) 566 – 6097        Email info@pamd13trustee.com

Case 5:23-bk-00156-MJC   Doc 75   Filed 03/24/26   Entered 03/24/26 11:10:03   Desc
Main Document     Page 2 of 3

# Disbursements for Claim

**Case: 23-00156    DARRELL R HAZEL**

**FREEDOM MORTGAGE CORPORATION**
10500 KINCAID DRIVE
CASH PROCESSING
FISHERS, IN   46037-

Sequence:  13
Modify:
Filed Date:
Hold Code:  P

Acct No: 6200 - PRE-ARREARS - Astilbe

ARREARS - 905 ASTILBE WAY

| | Debt: | $95,445.16 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched:  $362,000.00 | | | Accrued Int: | $0.00 |
| Amt Due:  $0.00 | Paid: | $22,058.56 | Balance Due: | $73,386.60 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5200** | **FREEDOM MORTGAGE CORPORATION** | | | | | | | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/17/2024 | 2035348 | $3,915.52 | $0.00 | $3,915.52 | 04/25/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/14/2024 | 2033430 | $1,957.76 | $0.00 | $1,957.76 | 02/26/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/19/2023 | 2031596 | $1,957.76 | $0.00 | $1,957.76 | 01/02/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/15/2023 | 2030654 | $1,957.76 | $0.00 | $1,957.76 | 11/28/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/18/2023 | 2029704 | $1,957.76 | $0.00 | $1,957.76 | 10/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/19/2023 | 2028705 | $4,119.80 | $0.00 | $4,119.80 | 09/27/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/09/2023 | 2027694 | $2,059.90 | $0.00 | $2,059.90 | 08/23/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/11/2023 | 2026731 | $4,132.30 | $0.00 | $4,132.30 | 07/26/2023 |

Sub-totals: $22,058.56    $0.00  $22,058.56

Grand Total: $22,058.56    $0.00