**Fill in this information to identify the case:**

Debtor 1    DARRELL R. HAZEL AKA DARRELL RICARDO HAZEL AKA DARRELL HAZEL AKA DARRELL HAZEL, SR. AKA DARRELL R. HAZEL, SR. AKA DARRELL RICARDO HAZEL, SR.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 5:23-bk-00156-MJC

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   Freedom Mortgage Corporation

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 6200

**Property address:**   905 ASTIBLE WAY
Number  Street
East Stroudsburg, PA 18301
City       State       ZIP Code

| Part 2: | Arrearages |
| --- | --- |

The total amount received to cure any arrearages as of the date of this response: $22,058.56.

*Check all that apply:*

☒  The amount required to cure any prepetition arrearage has been paid in full.

☐  The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this notice:          $ _____.

☐  The amount required to cure any postpetition arrearage has been paid in full.

☒  The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this notice: $ 4,163.34.

| Part 3: | Postpetition Payment |
| --- | --- |

(a)  *Check all that apply:*

☐  The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☒  The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:          03/01/2026          .

☐  The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b)  The claim holder attaches a payoff statement and provides the following information as of the date of this response:

   i.    Date last payment was received on the mortgage:                    04/06/26

| | | |
|---|---|---|
| ii. | Date next postpetition payment from the debtor is due: | 03/01/26 |
| iii. | Amount of the next postpetition payment that is due: | $2,081.67 |
| iv. | Unpaid principal balance of the loan: | $303,633.17 |
| v. | Additional amounts due for any deferred or accrued interest: | $5,662.96 |
| vi. | Balance of the escrow account: | $0.00 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $1,197.23 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $0.00 |

## Part 4: Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Mario Hanyon_____ Date  04/21/2026
Signature

Name  Mario Hanyon_____
First Name          Middle Name          Last Name

Title  Attorney for Creditor_____

Company  Brock & Scott, PLLC_____
If different from the notice address listed on the proof of claim to which this response applies.

Address  3825 Forrestgate Dr._____
Number          Street

Winston-Salem, NC 27103_____
City          State          ZIP Code

Contact phone  844-856-6646  Email PABKR@brockandscott.com

**»**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### *Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>DARRELL R. HAZEL AKA DARRELL RICARDO HAZEL AKA DARRELL HAZEL AKA DARRELL HAZEL, SR. AKA DARRELL R. HAZEL, SR. AKA DARRELL RICARDO HAZEL, SR. | Case No. 5:23-bk-00156-MJC |
| Freedom Mortgage Corporation,<br>        Movant<br><br>vs.<br><br>DARRELL R. HAZEL AKA DARRELL RICARDO HAZEL AKA DARRELL HAZEL AKA DARRELL HAZEL, SR. AKA DARRELL R. HAZEL, SR. AKA DARRELL RICARDO HAZEL, SR. ,<br>        Debtor | Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Trustee's Notice of Disbursements Made has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Tullio DeLuca, Debtor's Attorney
4113 Birney Ave.
Suite 2
Moosic, PA 18507
tullio.deluca@verizon.net

Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102

Via First Class Mail:

DARRELL R. HAZEL
905 ASTILBE WAY
EAST STROUDSBURG, PA 18301

Date: <u>April 21, 2026</u>

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**FREEDOM MORTGAGE®**

P.O. Box 50485, Indianapolis, IN 46250-0485

# INTERNAL USE ONLY

April 7, 2026

DARRELL R HAZEL SR
905 ASTILBE WAY
EAST STROUDSBURG     PA 18301

**PAYOFF STATEMENT**

Loan Type:  VA

<span style="color:black">████████████████</span>                                           Next Payment Due Date: March 1, 2026

Borrower:       DARRELL R HAZEL SR

Collateral:     905 ASTILBE WAY
                EAST STROUDSBURG     PA 18301

**Payoff Quote Good Through May 7, 2026**

| Please send the following Remittance: | |
|---|---:|
| Current Unpaid Principal | $303,633.17 |
| Accrued Interest | $5,662.96 |
| Prepayment Penalty | $0.00 |
| Escrow/Impound Required | $0.00 |
| Mortgage Insurance Premium Due | $0.00 |
| Less Escrow/Impound Funds | ($ 0.00) |
| Less Unapplied Funds Balance | ($ 0.00) |
| Payoff Statement Fee | $0.00 |
| Unpaid Late Charges | $0.00 |
| Recording Fee | $58.75 |
| Release Fee | $0.00 |
| Additional Items Due | $0.00 |
| Deferred Balance | $0.00 |
| Optional Insurance | $0.00 |
| Subsidy/Buydown | ($ 0.00) |
| Total MRA Funds Due | $ 0.00 |
| **TOTAL PAYOFF DUE:** | $309,354.88 |

The accrued interest shown above is projected through May 7, 2026. After that date, please add an additional $58.23 per day.

2.05





# INTERNAL USE ONLY

Although this payoff quote is good through the date shown above, additional fees may accrue. For example, if we do not receive the funds and the grace period for your next payment(s) expires, a late charge may also be assessed.

The Late Charge Amount, if any, will be: $76.57.

A "deferred balance" may include items such as a deferred principal balance, late charges, escrow advances, expense advances, and administrative fees.

The current escrow balance is $669.14. Any escrow payments scheduled to disburse prior to the payoff expiration date will be deducted from the total escrow balance. If the scheduled disbursement creates a negative balance in the escrow account, these funds will appear as an escrow advance and included in the total payoff due. Available escrow funds will be returned to the borrower within 14 business days from the date the loan is paid in full.

*When applicable, any escrow funds credited toward the total payoff will not be returned.*

The information shown on this statement is subject to change. To ensure you're submitting sufficient funds to pay your account in full, please contact our Customer Care Team for updated figures prior to remitting payoff funds. If your loan is referred to foreclosure this payoff statement will no longer be valid. Therefore, a new payoff statement will need to be requested.

## WHERE TO SUBMIT PAYOFF FUNDS

**WIRE TRANSFER**
Freedom Mortgage Corporation
Reference: Payoff/Payment Department
KeyBank, 127 Public Square, Cleveland, OH
████████████

██████████████████

Borrower Name: DARRELL R HAZEL SR
██████████████████

**OVERNIGHT DELIVERIES OF PAYMENTS**
Freedom Mortgage Corporation
ATTN: Payoff Department
11988 Exit 5 Pkwy Bldg 4
Fishers, IN 46037-7939

*Please note that Freedom Mortgage Corporation ("Freedom Mortgage") requires payoffs to be received in the form of certified funds. Personal checks will not be accepted. Additionally, Freedom Mortgage will only accept funds to pay off the account in full. Payoff funds received that are not sufficient to pay the loan account in full will be returned.*

*Incoming wire transfers received by 4 PM Eastern Time will be credited the same day. Wires received after that time will be processed on the next business day. Please ensure that all payoff funds submitted include the borrower's name and loan number.*

**WARNING! WIRE FRAUD ADVISORY: Wire fraud and email hacking/phishing attacks are on the increase! We encourage you and/or your authorized 3rd party to visit our website to confirm our payoff wiring instructions or you may visit www.freedommortgage.com/payoff. Freedom Mortgage will not be responsible for any other method of payoff validation.**

**You can access your loan information 24 hours a day, seven days a week by logging on to www.freedommortgage.com** or through our automated phone system at 855-690-5900. If you need to speak with a

2.05

████████████



P.O. Box 50485, Indianapolis, IN 46250-0485

INTERNAL USE ONLY

Customer Care Representative, please call Monday through Friday 8:00 AM – 8:00 PM and Saturday 9:00 AM – 2:00 PM Eastern Time.

Sincerely,

Customer Care Team
Freedom Mortgage Corporation
▇▇▇▇▇▇▇ ([www.nmlsconsumeraccess.org](www.nmlsconsumeraccess.org))

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

2.05



P.O. Box 50485, Indianapolis, IN 46250-0485

# INTERNAL USE ONLY

**Change of Address Notification Form**

Is your mailing address changing as a result of this payoff request? Please let us know your new address below in order to ensure all trailing documents are sent to the appropriate address. Please return this Form to:

Freedom Mortgage, P.O. Box 50485, Indianapolis, IN 46250-0485

**New Address:** _____

**City/State/ZIP:** _____

2.05

**POST PETITION HISTORY**

| DEBTOR NAME | Hazel |
|---|---|
| BK CASE NUMBER | 2300156 |
| LOAN NUMBER | ██████ |
| PROPERTY ADDRESS | 905 Astilbe Way East Stroudsburg, PA 18301 |
| FILING DATE | 1/25/2023 |
| SERVICER | Freedom |

| DTE RECVD | DUE DATE | AMT DUE | AMT RECVD | SUS AP | | SUS BAL | COMMENTS |
|---|---|---|---|---|---|---|---|
| 2/10/2023 | | | 1590.75 | $ (1,590.75) | $ | (1,590.75) | |
| 3/17/2023 | 2/1/2023 | 2073.38 | 2073.38 | $ - | $ | (1,590.75) | |
| 4/27/2023 | 3/1/2023 | 2073.38 | 2073.38 | $ - | $ | (1,590.75) | |
| 5/25/2023 | 4/1/2023 | 2073.38 | 2200.42 | $ (127.04) | $ | (1,717.79) | |
| 6/19/2023 | 5/1/2023 | 2200.42 | 2200.42 | $ - | $ | (1,717.79) | |
| 6/22/2023 | | | 5 | $ (5.00) | $ | (1,722.79) | |
| 7/18/2023 | | | 2200.42 | $ (2,200.42) | $ | (3,923.21) | |
| 7/19/2023 | 6/1/2023 | 2200.42 | | $ 2,200.42 | $ | (1,722.79) | |
| 8/11/2023 | | | 2200.45 | $ (2,200.45) | $ | (3,923.24) | |
| 8/15/2023 | 7/1/2023 | 2200.42 | | $ 2,200.42 | $ | (1,722.82) | |
| 9/22/2023 | | | 2201 | $ (2,201.00) | $ | (3,923.82) | |
| 9/25/2023 | 8/1/2023 | 2200.42 | | $ 2,200.42 | $ | (1,723.40) | |
| 10/18/2023 | | | 2201 | (2,201.00) | $ | (3,924.40) | |
| 10/19/2023 | 9/1/2023 | 2200.42 | | 2,200.42 | $ | (1,723.98) | |
| 11/17/2023 | 10/1/2023 | 2200.42 | 2200.4 | $ - | $ | (1,723.98) | |
| 12/18/2023 | 11/1/2023 | 2200.42 | 2029. | 170.61 | $ | (1,553.37) | |
| 12/22/2023 | | | | $ (200.00) | $ | (1,753.37) | |
| 2/14/2024 | 12/1/2023 | 2229.81 | 222   1 | $ - | $ | (1,753.37) | |
| 2/27/2024 | 1/1/2024 | 2229.81 | 00 | $ 1,529.81 | $ | (223.56) | |
| 3/29/2024 | 2/1/2024 | 2229.81 | 2   9.81 | $ - | $ | (223.56) | |
| 4/24/2024 | 3/1/2024 | 2229.81 | 2 29.18 | $ 0.63 | $ | (222.93) | |
| 5/28/2024 | 4/1/2024 | 2229.81 | 2359 | $ (129.19) | $ | (352.12) | |
| 6/26/2024 | 5/1/2024 | 2358.79 | 358.79 | $ - | $ | (352.12) | |
| 7/26/2024 | 6/1/2024 | 2358.79 | 2358.79 | $ - | $ | (352.12) | |
| 8/27/2024 | 7/1/2024 | 2358.79 | 2358.8 | $ (0.01) | $ | (352.13) | |
| 8/28/2024 | | | 100 | $ (100.00) | $ | (452.13) | |
| 9/23/2024 | 8/1/2024 | 2358.79 | 2440.97 | $ (82.18) | $ | (534.31) | |
| 10/25/2024 | 9/1/2024 | 2358.79 | 2400 | $ (41.21) | $ | (575.52) | |
| 11/25/2024 | 10/1/2024 | 2358.79 | 2360 | $ (1.21) | $ | (576.73) | |
| 1/3/2025 | 11/1/2024 | 2358.79 | 2539.36 | $ (180.57) | $ | (757.30) | |
| 2/3/2025 | 12/1/2024 | 2387.48 | 2489.96 | $ (102.48) | $ | (859.78) | |
| 3/10/2025 | 1/1/2025 | 2387.48 | 2387 | $ 0.48 | $ | (859.30) | |
| 3/31/2025 | 2/1/2025 | 2387.48 | 2390 | $ (2.52) | $ | (861.82) | |
| 4/29/2025 | 3/1/2025 | 2387.48 | 2400 | $ (12.52) | $ | (874.34) | |
| 5/28/2025 | 4/1/2025 | 2387.4 | 2520 | $ (132.52) | $ | (1,006.86) | |
| 6/27/2025 | 5/1/2025 | 2517. 5 | 2520 | $ (2.35) | $ | (1,009.21) | |
| 7/2/2025 | | | 445.94 | $ (445.94) | $ | (1,455.15) | |
| 8/5/2025 | | | 2520 | $ (2,520.00) | $ | (3,975.15) | |
| 8/7/2025 | 6/1/2025 | 2517.65 | | $ 2,517.65 | $ | (1,457.50) | |
| 8/30/2025 | | | 2520 | $ (2,520.00) | $ | (3,977.50) | |
| 9/4/2025 | | | | $ - | $ | (3,977.50) | |
| 10/13/2025 | | | 2500.2 | $ (2,500.20) | $ | (6,477.70) | |
| 10/14/2025 | | | | $ - | $ | (6,477.70) | |
| 12/5/2025 | 7/1/2025 | 2517.65 | | $ 2,517.65 | $ | (3,960.05) | |
| 12/9/2025 | | | 910.44 | $ (910.44) | $ | (4,870.49) | Loan Mod Booked |
| 12/9/2025 | 11/1/2025 | 2517.65 | 1451.41 | $ 1,066.24 | $ | (3,804.25) | Admin Adjustment |
| 12/11/2025 | 12/1/2025 | 2352.84 | | $ 2,352.84 | $ | (1,451.41) | |
| 12/11/2025 | 1/1/2026 | 2655.92 | 2863 | $ (207.08) | $ | (1,658.49) | |
| 4/3/2026 | | | 1 | $ (1.00) | $ | (1,659.49) | |
| 4/6/2026 | 2/1/2026 | 2862.26 | 2400 | $ 462.26 | $ | (1,197.23) | |