IN RE:                                          :
DARRELL R. HAZEL                    :          CHAPTER 13
                                                    :
                              Debtor.       :
**************************************************************************
FREEDOM MORTGAGE CORPORATION:
                              Movant,      :
                                                    :
     vs.                                         :
DARRELL R. HAZEL                    :          CASE NO. 23-00156
                              Respondents.  :
**************************************************************************

### DEBTOR'S  ANSWER TO MOTION FOR RELIEF FROM
### AUTOMATIC STAY UNDER SECTION 362

**************************************************************************

AND NOW COMES, Darrell R. Hazel, the Debtor,  and files an Answer to Freedom Mortgage Corporation's Motion for Relief From the Automatic Stay:

1.      Darrell R. Hazel (hereinafter the "Debtor") filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2.      Movant  alleges that Debtor has failed to make monthly payments.

3.      Debtor's Counsel is in the process of contacting the Debtor to ascertain if said payments have been made and/or if the Debtor is in possession of the funds to cure the alleged default.

4.      In the event there remains an arrears, the Debtor wishes to enter into a Stipulation to include the arrears in an amended Plan and/or over a six (6) month period.

5. Movant is not entitled to relief from the automatic stay as the arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and/or a six (6) month Stipulation, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtor respectfully requests that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,

Date: May 29, 2026

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
4113 Birney Ave., Suite 2
Moosic, PA 18507
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


IN RE: :
DARRELL R. HAZEL : CHAPTER 13
:
Debtor. :
**************************************************************************
FREEDOM MORTGAGE CORPORATION:
Movant, :
:
vs. :
DARRELL R. HAZEL : CASE NO. 23-00156
Respondents. :
**************************************************************************
**CERTIFICATE OF SERVICE**
**************************************************************************
The undersigned hereby certifies that on May 29, 2026, he caused a true and correct copy of

Debtor's Answer to Freedom Mortgage Corporation's Motion for Relief from the Automatic Stay

to be served Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on

the following:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Mario Hanyon, Esq. at PABKR@brockandscott.com


Dated:   May 29, 2026                    /s/Tullio DeLuca
                                         Tullio DeLuca, Esquire