United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                        Case No. 23-00156-MJC

Darrell R Hazel                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darrell R Hazel, 905 Astilbe Way, East Strousburg, PA 18301-7914 |
| 5523689 | | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Tucson, AZ 85712 |
| 5517896 | + | Auria Hazel, 905 Astilbe Way, East Stroudsburg, PA 18301-7914 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | May 27 2026 18:38:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| cr | + | EDI: PRA.COM | May 27 2026 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5517895 | + | EDI: AAFES | May 27 2026 22:40:00 | Army/Air Force Exchange, P.O. Box 650410, Dallas, TX 75265-0410 |
| 5517897 | + | EDI: TCISOLUTIONS.COM | May 27 2026 22:40:00 | Bank of Missouri, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 5517898 | | Email/Text: cfcbackoffice@contfinco.com | May 27 2026 18:38:00 | Continental Finance, PO Box 8099, Newark, DE 19714-8099 |
| 5517899 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | May 27 2026 18:38:00 | Cortrust Bank, P.O. Box 7030, Mitchell, SD 57301 |
| 5517900 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2026 18:50:16 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5517903 | | Email/Text: BNSTAZ@capitalsvcs.com | May 27 2026 18:38:00 | FNB/Oldham, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 5517905 | | Email/Text: BNSFS@capitalsvcs.com | May 27 2026 18:38:00 | FSB Blaze Credit Card, 1500 S Highline Ave, Sioux Falls, SD 57110 |
| 5517902 | | Email/Text: BNSFS@capitalsvcs.com | May 27 2026 18:38:00 | First Savings Credit Card, 1500 S Highline Ave., Sioux Falls, SD 57110 |
| 5517901 | + | EDI: AMINFOFP.COM | May 27 2026 22:40:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5517904 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 27 2026 18:38:00 | Freedom Mortgage Corp., Bankruptcy Dept., 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 5532291 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 27 2026 18:38:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 5517906 | + | EDI: CBS7AVE | May 27 2026 22:40:00 | Ginny's, 1112 7th Ave., Monroe, WI 53566-1364 |
| 5517907 | | EDI: IRS.COM | May 27 2026 22:40:00 | Internal Revenue Service, Special Procedures Branch, PO Box 7346, Philadelphia, PA 19101-7346 |

| | | | |
|---|---|---|---|
| 5531039 | EDI: JEFFERSONCAP.COM | May 27 2026 22:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5531193 | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2026 18:50:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5517908 | Email/Text: ml-ebn@missionlane.com | May 27 2026 18:38:00 | Mission Lane, Customer Service, P.O. Box 31535, Tampa, FL 33631-3535 |
| 5521567 | + EDI: CBS7AVE | May 27 2026 22:40:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5521565 | + EDI: CBS7AVE | May 27 2026 22:40:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5518462 | + EDI: AGFINANCE.COM | May 27 2026 22:40:00 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5532445 | EDI: PRA.COM | May 27 2026 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5528755 | + EDI: JEFFERSONCAP.COM | May 27 2026 22:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5521566 | + EDI: CBS7AVE | May 27 2026 22:40:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5517909 | + EDI: CBS7AVE | May 27 2026 22:40:00 | Seventh Avenue, 1112 7th Ave., Monroe, WI 53566-1364 |
| 5521568 | + EDI: CBS7AVE | May 27 2026 22:40:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5517910 | + EDI: CBS7AVE | May 27 2026 22:40:00 | Swiss Colony, 1112 7th Ave., Monroe, WI 53566-1364 |
| 5518107 | + EDI: PRA.COM | May 27 2026 22:40:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5517911 | + EDI: SYNC | May 27 2026 22:40:00 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 5517912 | + Email/Text: Atlanticus@ebn.phinsolutions.com | May 27 2026 18:38:00 | Tbom/Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 5517913 | + Email/Text: bankruptcy@webbank.com | May 27 2026 18:38:00 | Web Bank, 215 S. State St., Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Tullio DeLuca | on behalf of Debtor 1 Darrell R Hazel tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

Debtor 1    Darrell R Hazel
_____
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  _____
First Name    Middle Name    Last Name

Social Security number or ITIN    xxx–xx–8371
EIN    __–_____

Social Security number or ITIN  _ _ _ _
EIN    __–_____

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    5:23–bk–00156–MJC

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Darrell R Hazel
aka Darrell Hazel, aka Darrell Ricardo Hazel,
aka Darrell Hazel Sr., aka Darrell Ricardo Hazel
Sr., aka Darrell R. Hazel Sr.

**By the court:**

5/27/26

Mark J. Conway, United States
Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**