United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Darrell R Hazel

    Debtor

Case No. 23-00156-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3

Date Rcvd: May 28, 2026      Form ID: pdf010      Total Noticed: 34

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darrell R Hazel, 905 Astilbe Way, East Strousburg, PA 18301-7914 |
| 5523689 | | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Tucson, AZ 85712 |
| 5517896 | + | Auria Hazel, 905 Astilbe Way, East Stroudsburg, PA 18301-7914 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | May 28 2026 18:43:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2026 18:48:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5517895 | + | Email/Text: BankruptcyNotices@aafes.com | May 28 2026 18:43:00 | Army/Air Force Exchange, P.O. Box 650410, Dallas, TX 75265-0410 |
| 5517897 | + | Email/Text: famc-bk@1stassociates.com | May 28 2026 18:43:00 | Bank of Missouri, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 5517898 | | Email/Text: cfcbackoffice@contfinco.com | May 28 2026 18:43:00 | Continental Finance, PO Box 8099, Newark, DE 19714-8099 |
| 5517899 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | May 28 2026 18:43:00 | Cortrust Bank, P.O. Box 7030, Mitchell, SD 57301 |
| 5517900 | + | Email/PDF: creditonebknotifications@resurgent.com | May 28 2026 18:48:37 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5517903 | | Email/Text: BNSTAZ@capitalsvcs.com | May 28 2026 18:43:00 | FNB/Oldham, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 5517905 | | Email/Text: BNSFS@capitalsvcs.com | May 28 2026 18:43:00 | FSB Blaze Credit Card, 1500 S Highline Ave, Sioux Falls, SD 57110 |
| 5517902 | | Email/Text: BNSFS@capitalsvcs.com | May 28 2026 18:43:00 | First Savings Credit Card, 1500 S Highline Ave., Sioux Falls, SD 57110 |
| 5517901 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 28 2026 18:48:51 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5517904 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 28 2026 18:43:00 | Freedom Mortgage Corp., Bankruptcy Dept., 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 5532291 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 28 2026 18:43:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 5517906 | + | Email/Text: bankruptcy@sccompanies.com | May 28 2026 18:44:00 | Ginny's, 1112 7th Ave., Monroe, WI 53566-1364 |
| 5517907 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 28 2026 18:43:00 | Internal Revenue Service, Special Procedures Branch, PO Box 7346, Philadelphia, PA 19101-7346 |

| 5531039 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 28 2026 18:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5531193 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2026 18:49:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5517908 | | Email/Text: ml-ebn@missionlane.com | May 28 2026 18:43:00 | Mission Lane, Customer Service, P.O. Box 31535, Tampa, FL 33631-3535 |
| 5521567 | + | Email/Text: bankruptcy@sccompanies.com | May 28 2026 18:44:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5521565 | + | Email/Text: bankruptcy@sccompanies.com | May 28 2026 18:44:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5518462 | + | Email/PDF: cbp@omf.com | May 28 2026 18:48:36 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5532445 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2026 18:48:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5528755 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 28 2026 18:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5521566 | + | Email/Text: bankruptcy@sccompanies.com | May 28 2026 18:44:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5517909 | + | Email/Text: bankruptcy@sccompanies.com | May 28 2026 18:44:00 | Seventh Avenue, 1112 7th Ave., Monroe, WI 53566-1364 |
| 5521568 | + | Email/Text: bankruptcy@sccompanies.com | May 28 2026 18:44:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5517910 | + | Email/Text: bankruptcy@sccompanies.com | May 28 2026 18:44:00 | Swiss Colony, 1112 7th Ave., Monroe, WI 53566-1364 |
| 5518107 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2026 18:48:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5517911 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2026 18:48:59 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 5517912 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 28 2026 18:43:00 | Tbom/Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 5517913 | + | Email/Text: bankruptcy@webbank.com | May 28 2026 18:43:00 | Web Bank, 215 S. State St., Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0314-5

Date Rcvd: May 28, 2026

User: AutoDocke

Form ID: pdf010

Page 3 of 3

Total Noticed: 34

Date: May 30, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name**

**Email Address**

Andrew L Spivack

on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

Mario J. Hanyon

on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Matthew K. Fissel

on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Tullio DeLuca

on behalf of Debtor 1 Darrell R Hazel tullio.deluca@verizon.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Darrell R Hazel** | **Chapter:** 13 |
| **aka Darrell Ricardo Hazel** | |
| **aka Darrell Hazel** | |
| **aka Darrell Hazel, Sr.** | |
| **aka Darrell R. Hazel, Sr.** | |
| **aka Darrell Ricardo Hazel, Sr.** | |
| **Debtor 1** | **Case No.:** **5:23-bk-00156-MJC** |
| | **Document No.:** **81** |

## ORDER VACATING

IT IS HEREBY ORDERED that the Discharge of Debtor 1 entered on May 27, 2026, was entered in error and is hereby vacated by this Order.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: May 28, 2026