## LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**DARRELL R HAZEL**

|  |  |
|---|---|
| | **CHAPTER** 13 |
| | **CASE NO.** 5:23-bk-00156-MJC |
| **Debtor(s)** | **NATURE OF PROCEEDING:** Motion for Relief from Stay |
| | **DOCUMENT No.** 80 |
| **Freedom Mortgage Corporation** | |
| **Plaintiff(s)/ Movants** | |
| **vs.** | |
| DARRELL R HAZEL AURIA HAZEL | |
| **Defendant(s)/ Respondent(s)** | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

        ☐ Thirty (30) days.
        ☒ Forty-five (45) days.
        ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **June 3, 2026**
        /s/ Mario Hanyon

        Attorney for:    Freedom Mortgage Corporation

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.