United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Darrell R Hazel
 Debtor

Case No. 23-00156-MJC

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darrell R Hazel, 905 Astilbe Way, East Strousburg, PA 18301-7914 |
| 5523689 | | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Tucson, AZ 85712 |
| 5517896 | + | Auria Hazel, 905 Astilbe Way, East Stroudsburg, PA 18301-7914 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 22 2026 18:51:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2026 19:01:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5517895 | + | Email/Text: BankruptcyNotices@aafes.com | Jul 22 2026 18:51:00 | Army/Air Force Exchange, P.O. Box 650410, Dallas, TX 75265-0410 |
| 5517897 | + | Email/Text: famc-bk@1stassociates.com | Jul 22 2026 18:51:00 | Bank of Missouri, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 5517898 | | Email/Text: cfcbackoffice@contfinco.com | Jul 22 2026 18:51:00 | Continental Finance, PO Box 8099, Newark, DE 19714-8099 |
| 5517899 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Jul 22 2026 18:51:00 | Cortrust Bank, P.O. Box 7030, Mitchell, SD 57301 |
| 5517900 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2026 19:01:53 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5517903 | | Email/Text: BNSTAZ@capitalsvcs.com | Jul 22 2026 18:51:00 | FNB/Oldham, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 5517905 | | Email/Text: BNSFS@capitalsvcs.com | Jul 22 2026 18:51:00 | FSB Blaze Credit Card, 1500 S Highline Ave, Sioux Falls, SD 57110 |
| 5517902 | | Email/Text: BNSFS@capitalsvcs.com | Jul 22 2026 18:51:00 | First Savings Credit Card, 1500 S Highline Ave., Sioux Falls, SD 57110 |
| 5517901 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 22 2026 19:01:53 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5517904 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 22 2026 18:51:00 | Freedom Mortgage Corp., Bankruptcy Dept., 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 5532291 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 22 2026 18:51:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 5517906 | + | Email/Text: bankruptcy@sccompanies.com | Jul 22 2026 18:51:00 | Ginny's, 1112 7th Ave., Monroe, WI 53566-1364 |
| 5517907 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2026 18:51:00 | Internal Revenue Service, Special Procedures Branch, PO Box 7346, Philadelphia, PA 19101-7346 |

| | | | |
|---|---|---|---|
| 5531039 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2026 18:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5531193 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 19:01:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5517908 | Email/Text: ml-ebn@missionlane.com | Jul 22 2026 18:51:00 | Mission Lane, Customer Service, P.O. Box 31535, Tampa, FL 33631-3535 |
| 5521567 | + Email/Text: bankruptcy@sccompanies.com | Jul 22 2026 18:51:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5521565 | + Email/Text: bankruptcy@sccompanies.com | Jul 22 2026 18:51:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5518462 | + Email/PDF: cbp@omf.com | Jul 22 2026 19:01:58 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5532445 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2026 19:01:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5528755 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2026 18:51:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5521566 | + Email/Text: bankruptcy@sccompanies.com | Jul 22 2026 18:51:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5517909 | + Email/Text: bankruptcy@sccompanies.com | Jul 22 2026 18:51:00 | Seventh Avenue, 1112 7th Ave., Monroe, WI 53566-1364 |
| 5521568 | + Email/Text: bankruptcy@sccompanies.com | Jul 22 2026 18:51:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5517910 | + Email/Text: bankruptcy@sccompanies.com | Jul 22 2026 18:51:00 | Swiss Colony, 1112 7th Ave., Monroe, WI 53566-1364 |
| 5518107 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2026 19:01:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5517911 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 22 2026 19:01:53 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 5517912 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 22 2026 18:51:00 | Tbom/Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 5517913 | + Email/Text: bankruptcy@webbank.com | Jul 22 2026 18:51:00 | Web Bank, 215 S. State St., Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026　　　　　　　　　Signature:　　　／s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Tullio DeLuca | on behalf of Debtor 1 Darrell R Hazel tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Darrell R Hazel, | Chapter 13 |
| aka Darrell Hazel, aka Darrell Ricardo Hazel, aka Darrell Hazel Sr., aka Darrell Ricardo Hazel Sr., aka Darrell R. Hazel Sr., | Case No. 5:23−bk−00156−MJC |

**Debtor 1**

Social Security No.:

xxx−xx−8371

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Darrell R Hazel** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: July 22, 2026

**fnldec** (01/22)