United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Darrell R Hazel

    Debtor

Case No. 23-00156-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5

Date Rcvd: Jul 22, 2026

User: AutoDocke

Form ID: pdf010

Page 1 of 2

Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

**Recip ID**      **Recipient Name and Address**

    +   Auria Hazel, 905 Astilbe Way, East Stroudsburg, PA 18301-7914

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Tullio DeLuca | on behalf of Debtor 1 Darrell R Hazel tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

District/off: 0314-5

Date Rcvd: Jul 22, 2026

TOTAL: 6

User: AutoDocke

Form ID: pdf010

Page 2 of 2

Total Noticed: 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)**

| | |
|---|---|
| IN RE:<br>DARRELL R HAZEL aka Darrell Ricardo Hazel aka Darrell Hazel aka Darrell Hazel, Sr .aka Darrell R. Hazel, Sr. aka Darrell Ricardo Hazel, Sr.<br>　　Debtor | Case No. 5:23-bk-00156-MJC |
| Freedom Mortgage Corporation,<br>　　Movant | Chapter 13 |
| vs.<br>DARRELL R HAZEL aka Darrell Ricardo Hazel aka Darrell Hazel aka Darrell Hazel, Sr .aka Darrell R. Hazel, Sr. aka Darrell Ricardo Hazel, Sr.<br>　　And<br>AURIA HAZEL, (NON-FILING CO-DEBTOR)<br>　　Respondents | 11 U.S.C. §362 and §1301 |

## O R D E R

Upon consideration of the Stipulation filed at Doc. 88 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED** as to the signatories of the Stipulation. As the Co-Debtor has not executed the Stipulation, no relief is entered as to the Co-Debtor.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: July 22, 2026